B3B (Official Form 3B) (11/11) — Cont.

13-16711:5.0:Application to Proceed In Forma Pauperis:Main Document Entered: 4/22/2013 4:38:12 PM by:Marvin Miller Page 4 of 4

# UNITED STATES BANKRUPTCY COURT

In re:  Debtor(s): Kian Charles Evans    Case No. 13-16711

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED *because Schedules not filed*.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 206 on or before 5-16-13

$ 100 on or before 5-23-13

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: MAY -9 2013

BY THE COURT: *Jacqueline P. Cox*
J. Cox    5/9/13
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                )
                                      )
Kian Charles Evans,                   )   Bankruptcy No.  13 B 16711
                        Debtor        )

## CERTIFICATE OF MAILING

      I, Josephine Green, hereby certify that on May 9, 2013, I caused to be served via First Class Mail (**) and/or electronically via the Court's electronic notification system copies of the attached **Order On Debtor's Application For Waiver Of The Chapter 7 Filing Fee** to the parties named below:

**Kian Charles Evans (**)**
188 W. Randolph St.
Chicago, IL 60601

**Deborah Michelle Gutfeld**
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603

By /s/ Josephine Green
    Courtroom Deputy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: May 9, 2013

Bankruptcy Case No.: 13 B 05701

Adversary No.:

Title of Case: Lisa Reed

Brief Statement of Motion: Hearing on dismissal for failure to pay the filing fees (docket #10)

Names and Addresses of moving counsel:

Representing:

## ORDER

**IT IS HEREBY ORDERED** that this case is dismissed for failure to pay the filing fees.

*/s/ Jacqueline P. Cox*

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99